JOHN E. KELLY, ESQ. (CA Bar 40,217)
MICHAEL A. DiNARDO, ESQ. (CA Bar 216,991)
SCOTT M. LOWRY, ESQ. (CA Bar 244,504)
KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, California 91367
Tel:   (818) 347-7900
Fax:   (818) 340-2859
E-Mail: mike@klkpatentlaw.com
Attorneys for Plaintiff/Counterdefendant
       PETER H. WOLF

IRA M. SIEGEL, ESQ. (CA Bar 78,142)
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210
Tel:   (310) 435-7656
Fax:   (310) 288-1962
E-mail: irasiegel@earthlink.net
Attorneys for Defendant/Counterclaimant
       KEITH FACCHINO

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER H. WOLF, an individual, | Case No. 08Cv07740 GHK (RCx) |
| Plaintiff, | **STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| KEITH FACCHINO, an individual, d/b/a FACCHINO PHOTOGRAPHY, and DOES 1 to 10 | **FRCP, RULE 41(a)(1)** |
| Defendants. | |
| AND RELATED ACTIONS | |

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) and a separate agreement, the parties stipulate as follows:

- Plaintiff/Counterdefendant Peter H. Wolf hereby dismisses with prejudice his entire complaint against Keith Facchino d/b/a Facchino Photography, and every cause of action therein; and
- Defendant/Counterclaimant Keith Facchino hereby dismisses with prejudice his entire counterclaim against Peter H. Wolf, and every cause of action therein.

Respectfully submitted:

| | |
|---|---|
| Dated: August 24, 2010 | Dated: August 24, 2010 |
| KELLY LOWRY & KELLEY, LLP | LAW OFFICES OF IRA M. SIEGEL |
| By:  /Michael A. DiNardo/ | By:  /Ira M. Siegel/ |
|     Michael A. DiNardo, Esq. |     Ira M. Siegel, Esq. |
| Attorneys for | Attorneys for |
| Plaintiff/Counterdefendant | Defendant/Counterclaimant |
| PETER H. WOLF | KEITH FACCHINO |

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2010, I electronically filed the foregoing document, entitled,

**STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.  The electronic case filing system sent a Notice of Electronic Filing to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

    Ira M. Siegel
    LAW OFFICES OF IRA M. SIEGEL
    433 N. Camden Drive, Suite 970
    Beverly Hills, California 90210
    Tel: 310-435-7656
    Fax: 310-288-1962
    e-mail: irasiegel@earthlink.net
    Attorneys for defendant Keith Facchino

    /Michael A. DiNardo/
    Michael A. DiNardo